CO 538
Rev. 5/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Maodi et al.
　　Plaintiff(s)

vs.                                                                                          Civil Action No. __1:24cv0114__

Islamic Republic of Iran
　　Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __23rd__ day of __January__, __2025__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __Islamic Republic of Iran__ was [were] (select one):

☐　personally served with process on _____.

☐　served via registered or certified mail pursuant to provisions of Rule 4(C) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐　served via First Class Mail pursuant to provisions of Rule 4(C) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):_____.

☑　The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __28 U.S.C. §1605A, §1608__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
　　☑　no extension has been given and the time for filing has expired
　　☐　although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

/s/ Maryam M. Atty
Attorney for Plaintiff(s) [signature]
Singer Hoffman, LLC
1209A Laskin Road
Virginia Beach, VA 23451
7573019995
maryam.atty@singerhoffman.com

VA137
Bar Id. Number

Name, Address and Telephone Number