**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHIMON MAODI *et al.*,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Case No. 1:24cv1146 (ACR)** |
| | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR LEAVE TO FILE EXCESS PAGES

COME NOW Plaintiffs, by counsel, to present the following Motion for Leave to File

Excess Pages pursuant to Local Civil Rule 7(e) related to their forthcoming Memorandum in

Support of Plaintiffs' Motion for Default Judgment, and in support thereof, state:

 Plaintiffs' counsel has worked diligently to prepare a full briefing on all relevant issues

of both liability and damages for the Court's consideration.  Due to Plaintiffs' intention to

provide a full damages presentation, Plaintiffs' Memorandum in Support of Default Judgment

will exceed this Court's normal page limitation under Local Civil Rule 7(e).

Plaintiffs anticipate that their completed memorandum will be approximately 60 pages,

not including a small volume of exhibits.  The factual summary and argument related to each

individual plaintiff's damages testimony amounts to approximately half of that estimated length,

as each person has provided sworn written testimony for the Court's consideration, in addition to

another affidavit providing eyewitness testimony of the attack.

Based on the above, Plaintiffs respectfully request leave to file excess pages for their

forthcoming Memorandum in Support of their Motion for Default Judgment, up to no more than

60 pages. Regardless, Plaintiffs will endeavor to provide the necessary facts, arguments, and

evidence to the Court as efficiently and succinctly as possible.[1]

<div align="center" style="margin-left:50%">

Respectfully submitted,

_____/s/ Kevin A. Hoffman_____
Randy D. Singer (DCD Bar No. VA057)
Kevin A. Hoffman (DC Bar No. 1044559)
Maryam M. Atty (DCD Bar No. VA137)
SINGER HOFFMAN, LLC
1209A Laskin Road
Virginia Beach, VA 23451
Phone: (757) 301-9995
Fax: (757) 233-1084
Email: randy.singer@singerhoffman.com
Email: kevin.hoffman@singerhoffman.com
Email: maryam.atty@singerhoffman.com
*Counsel for Plaintiffs*

</div>

---

[1] Not one to let an opportunity simply roll by, *see, e.g.*, https://tinyurl.com/42ufa582, Plaintiffs' counsel has endeavored to abide by all the Court's reasonable filing requirements, page limitations, and preferences, *but see* Standing Order at Sec.7(g)(ii). The undersigned, as a life-long Metropolitans fan, takes full responsibility for any contempt resulting from such failures.